# INTERCOUNTY JUDICIAL SERVICES

85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501          PHONE 516-248-8270   Fax 516-294-6225

December 7, 2011

Law Office of Anthony J. Colleluori & Associates, PLLC

68 South Service Road, Suite 100
Melville  NY   11797

ORIGINAL AFFIDAVIT OF SERVICE ATTACHED:

MUST BE EFILED



| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | COUNTY OF |
| **DISTRICT: EASTERN DISTRICT OF NEW YORK** | |

INDEX # : CV-11-5648
Date Filed: November 18, 2011

ATTORNEY(S): : Law Office of Anthony J. Colleluori & Associates,   PH: 516-741
ADDRESS: 68 South Service Road, Suite 100 Melville NY 11797   File No.:

*Thomas Vario*

*Plaintiff(s)/Petitioner(s)*

vs

*Local 14-14B Of the International Union of Operating Engineers*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

_____Matthew Mahler_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __November 29, 2011__ at __1:05 pm__, at __45 Rockefeller Plaza 11th Floor, New York, NY 10111__, deponent served the within __Summons in a Civil Action and Complaint__ __Civil Cover Sheet__ on: __George Stamboulidis__, __Defendant__ therein named.

**#1 INDIVIDUAL** ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 ENTITY** ☐  By delivering thereat a true copy of each to_____ personally, deponent knew the person so served to be the_____ of the entity authorized to accept service on behalf of the entity.

**#3 SUITABLE AGE PERSON** ☒  By delivering a true copy of each to __Theresa Blaber__ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY** ☒  On __December 6, 2011__, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESCRIPTION** ☒ (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__   Color of skin: __White__   Color of hair: __Blonde__   Age: __43 - 53 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __Over 200 Lbs.__   Other Features: __Glasses__

**#7 WIT. FEES** ☐  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** ☒  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 OTHER** ☐

Sworn to before me on __December 6, 2011__

DENISE BEDELL
NOTARY PUBLIC, STATE OF NEW YORK
01BE6091831, Qualified in NASSAU COUNTY
Commision Expires MAY 5, 2015

Matthew Mahler
Server's Lic # 1313113
InvoiceWork Order 1115464

INTERCOUNTY JUDICIAL SERVICES, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501, PH. 516-248-8270, FAX 516-294-6225