# BRADY McGUIRE & STEINBERG, P.C.
ATTORNEYS-AT-LAW
303 SOUTH BROADWAY
SUITE 234
TARRYTOWN, NEW YORK 10591
TELEPHONE NO. (914) 478-4293
TELECOPY NO. (914) 478-4142
WWW.BRADYMCGUIRESTEINBERG.COM

Direct EMAIL james@bradymcguiresteinberg.com

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

*ADMITTED IN NEW YORK AND NEW JERSEY

ROBERT D. BRADY
RETIRED

BEVERLY G. ROSELL-CASADO
LEGAL ASSISTANT

December 13, 2011

<u>Via ECF Filing Only</u>

The Honorable Carol Bagley Amon
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Thomas Vario v. Local 14-14B International Union of Operating Engineers *et al.*
                Civil Case No. CV-11-5648 (CBA) (RER)

Dear Judge Amon:

    Our office represents Defendant International Union of Operating Engineers Local 14-14B, AFL-CIO ("Local 14") in connection with the above-captioned matter. Please be advised that Defendant Local 14 has no objection to the request of Defendant and Local 14 Ethical Practices Attorney George A. Stamboulidis that the above-captioned matter be transferred to the Honorable Sterling Johnson as a related case to <u>United States v. Local 14-14B International Union of Operating Engineers</u>, No. 08-3046 (E.D.N.Y. July 25, 2008).

    Thank you for your attention to this matter.

Respectfully submitted,

James M. Steinberg (JS-3515)

Cc:    George A. Stamboulidis, Esq.
         Patrick T. Campbell, Esq.
         Mr. Edwin L. Christian

