```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X     Case No. 11-cv-5648
THOMAS VARIO,

                                        Plaintiff,

        - against –


LOCAL 14-14B OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS, and
GEORGE STAMBOULIDIS,
                                        Defendants.

-----------------------------------------------------------------X
```

# DECLARATION OF ANTHONY J. COLLELUORI IN SUPPORT OF OPPOSITION TO DEFENDANT LOCAL 14-14B OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS MOTION TO DISMISS THE COMPLAINT

I, Anthony J. Colleluori, pursuant to 28 U.S.C. § 1746 under the penalty of perjury declare as follows:

1. I am the attorney for Plaintiff Thomas Vario. As such, I am fully familiar with the above-referenced case based on the files maintained by this office and personal contact with Plaintiff.

2. I submit this declaration in further support of Plaintiff Vario opposition to Defendants' motion to dismiss.

3. On or about April 3, 2012, Defendant Local 14 filed an affirmation with an exhibit notifying the Court that Mr. Vario's charge with the National Labor Relations Board (the "NLRB") was dismissed.

4. I would like to note that the NLRB does not specify the reasons for dismissal, and/or any details of its investigation.  The NLRB's decision cannot serve as a precedent for a Federal Case, and if anything, it further demonstrates that Mr. Vario has chosen the right forum to address the issues and violations committed by Defendants.

Dated: April 9, 2012
       Melville, NY 11747

/s/*Anthony J. Colleluori*
Anthony J. Colleluori (ac-9103)
LAW OFFICES OF
ANTHONY J. COLLELUORI
Attorney for Plaintiff
68 South Service Road, Suite 100
Melville, New York 11747
Tel. 516.741.3400
Fax. 631.414.7549
office.catlaw1@gmail.com

## DECLARATION OF SERVICE

I hereby certify that on May 9, 2012, I caused DECLARATION OF ANTHONY J. COLLELUORI IN SUPPORT OF OPPOSITION TO DEFENDANT LOCAL 14-14B OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS MOTION TO DISMISS THE COMPLAINTto be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**To:**

James Steinberg, Esq.
Brady McGuire & Steinberg LLP
303 South Broadway, Suite 234
Tarrytown, NY 10591

Patrick T. Campbell
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

                                                                     s/_____
                                                 Anthony J. Colleluori(ac-9103)

                                                            LAW OFFICES OF
                                                    ANTHONY J. COLLELUORI
                                                             Attorney for Petitioner
                                        68 South Service Road, Suite 100
                                                    Melville, New York 11747
                                                            Tel. 516.741.3400
                                                            Fax. 631.414.7549
                                                  Email: catlaw1@yahoo.com
                                                          www.colleluorilaw.com